616

Barry S. DERNOVSEK, Respondent,

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Petitioner.

No. 0372 W.D. Allocatur Docket 1997.

Supreme Court of Pennsylvania.

April 1, 1998.

## ORDER

PER CURIAM:

AND NOW, this 1st day of April, 1988, the Petition for Allowance of Appeal is DENIED in accordance with this Court's decision in *Sullivan v. Commonwealth of Pennsylvania, Department of Transportation, Bureau of Driver Licensing,* 550 Pa. 639, 708 A.2d 481 (1998).